**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/7/2020
```

Jomo Williams,

                   Petitioner,

-against-

Justices of NYS Sup. Ct., et al.,

                   Respondents.

1:19-cv-02476 (KPF) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The Court is in receipt of Respondents' motion to dismiss for lack of jurisdiction. (*See* ECF No. 20.) The Petitioner shall respond to Respondents' motion no later than June 30, 2020 and Respondents shall reply no later than July 14, 2020.

    In addition, Petitioner should note that in light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Pro se parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is attached to this order and is available on the Court's website at https://www.nysd.uscourts.gov/sites/default/files/2018-06/proseconsentecfnotice-final.pdf.

    *Pro se* parties who are unable to use email may submit documents by regular mail or in person to the *Pro Se* Intake Unit located at 500 Pearl Street, Room 200, New York, NY 10007. For more information, including instructions on this new email service for pro se parties, please visit the Court's website at nysd.uscourts.gov.

Chambers will send a copy of this Order to Petitioner by mail.

**SO ORDERED.**

DATED:    New York, New York
          May 7, 2020

_____
STEWART D. AARON
United States Magistrate Judge