UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOMO WILLIAMS,

                Petitioner,                     19 **CIVIL** 2476 (KPF)

      -against-                               **JUDGMENT**

JUSTICES OF NYS SUP. COURT, et al.,
                          Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 11, 2020, the Court has thus reviewed the Report for clear error and finds none. The Court agrees completely with Judge Aaron's well-reasoned Report and it is adopted. The Petition is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          August 12, 2020

                                              **RUBY J. KRAJICK**

                                               **Clerk of Court**
                     **BY:**
                                                **Deputy Clerk**