UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOMO WILLIAMS,

                Petitioner,

            -v.-

JUSTICES OF NYS SUP. CT. APP. DIV. 1ST. DEPT.; OFFICE OF THE APPELLATE DEFENDER; NYPD; NY CNTY D.A.,

                Respondents.

19 Civ. 2476 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Petitioner's letter brief dated November 9, 2020. (Dkt. #29). Respondents shall file their opposition papers on or by December 10, 2020. Petitioner's reply, if any, shall be due on or by December 28, 2020. The Clerk of Court is directed to mail a copy of this Order to Petitioner at his address of record.

    SO ORDERED.

Dated:    November 11, 2020
                New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge